**No. 68005.**—Schick X-Ray Co., Inc. *v.* United States, protest 63/6363 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of injectors and parts, in chief value of metal, similar in all material respects to those the subject of *Schick X-Ray Co., Inc.* v. *United States* (49 Cust. Ct. 38, C.D. 2358), the claim of the plaintiff was sustained.